# United States District Court
## WESTERN DISTRICT OF TENNESSEE
### Eastern Division

## JUDGMENT IN A CIVIL CASE

MICHAEL D. KING, JR.,

v.

LARRY SEAY, ET AL.,     CASE NUMBER:   1:05-1304-T/An

**Decision by Court.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that in compliance with the order entered in the above-styled matter on 11/30/2005, this case is hereby DISMISSED and CERTIFYING that any Appeal by plaintiff is not taken in good faith and if plaintiff wishes to take advantage of the installment procedures for paying the appellate filing fee, he must comply with the procedures set out in McGore and 1915(a)-(b).

APPROVED:

_____
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

THOMAS M. GOULD
CLERK

12/5/05                BY:  C. Herd
DATE                        DEPUTY CLERK

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on  12/8/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 4 in case 1:05-CV-01304 was distributed by fax, mail, or direct printing on December 8, 2005 to the parties listed.

---

Michael D. King
Northwest Correctional Facility
323626
960 State Route 212
Tiptonville, TN 38079--403

Honorable James Todd
US DISTRICT COURT